IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARIO ROBERTINO DRULLAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:12cv797-TMH |
| ) | |
| NURSE RILEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On January 7, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 16).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice for plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

DONE this 20th day of February, 2013.

                       /s/ Truman M. Hobbs
                       TRUMAN M. HOBBS
                       SENIOR   UNITED   STATES   DISTRICT   JUDGE